UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Anthony Schirripa — Chapter 13

Debtor — Case No. 2015-31893-GMH-13

## AFFIDAVIT OF NO OBJECTION

STATE OF WISCONSIN )
                                ) ss
MILWAUKEE COUNTY )

Joe LoCoco, being first duly sworn on oath, deposes and states as follows:

1. That the firm of Miller & Miller Law, LLC represents Anthony Schirripa in a Chapter 13 Bankruptcy that was filed October 27, 2015. Case No.: 2015-31893-GMH-13.

2. That a period of 21 days has passed and no objections have been filed/all objections have been resolved with respect to the Motion to Extend Time for Submitting Mortgage Modification Documents.

3. That Affiant is making this affidavit for the purpose of obtaining an Order allowing for extra time to submit mortgage modification documents.

4. A separate order will be created for the purpose of allowing additional time for the Debtor to submit mortgage modification documents.

By: /s/
Joe LoCoco
State Bar No.: 1084765

Subscribed and sworn to before me
this 28th day of January, 2016.

/s/
Stacey L. Martinez
Notary Public, State of Wisconsin
My commission Expires: September 29, 2018